```
              DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN
```

ROBERT COYLE, MICHELLE FRONTANI, )
)
)
        Plaintiffs,   )
)   Civil No. 2015-22
        v.                )
)
MARRIOTT OWNERSHIP RESORTS (ST. )
THOMAS), INC.,              )
)
        Defendant.   )

APPEARANCES:

**Samuel H. Hall Jr.**
**Marie E. Thomas-Griffith**
Hall & Griffith, P.C.
St. Thomas, VI
    *For the plaintiffs Robert Coyle and Michelle Frontani*,

**Carl A. Beckstedt, III**
**Michael A. Rogers**
Beckstedt and Associate
Christiansted, VI
    *For the defendant Marriot Ownership Resorts, Inc.*

## JUDGMENT

**GÓMEZ, J.**

On October 13, 2016, the parties informed the Court that this action has been settled. The premises considered, it is hereby

**ORDERED** that the parties' settlement agreement is **APPROVED**; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

*Coyle v. Marriot*
Civil No. 2015-22
Judgment
Page 2

**ORDERED** that all pending motions in this case are **MOOT**; it is further

**ORDERED** that this case is **DISMISSED**; it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case; and it is further

**ORDERED** that the Court shall retain jurisdiction over this matter for 30 days from the date of this Judgment to enforce the settlement agreement.

S\_____
**Curtis V. Gómez**
**District Judge**